[No. 27755-3-I. Division One. December 28, 1992.]

BARBARA GOCHNOUR, *Appellant*, v. BENCHMARK APPRAISAL, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-18595-6, Michael J. Fox, J., entered January 18, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Baker, JJ.

[No. 11668-9-III. Division Three. December 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUDE MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-1-00173-2, Michael E. Cooper, J., entered May 13, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11364-7-III. Division Three. December 29, 1992.]

THE ESTATE OF ROBERT ALLEN WILLINGHAM, ET AL, *Appellants*, v. MID-COLUMBIA MENTAL HEALTH CENTER, *Defendant*, DARYL TAYLOR, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 89-2-01390-5, Albert J. Yencopal, J., entered January 29, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.